ment and order they vote for reversal on the facts and a new trial, but who otherwise concur.

LILLIAN BALESTRA, an Infant, etc., Appellant, v. CORTLAND COUNTY BUS LINES, INCORPORATED, and Another, Respondents.— Judgments and orders affirmed, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent as to the judgment and order in favor of defendant DiStasio, and as to said judgment and order they vote for reversal on the facts and a new trial, but who otherwise concur.

MARGARET BALESTRA, an Infant, etc., Appellant, v. CORTLAND COUNTY BUS LINES, INCORPORATED, and Another, Respondents.— Judgments and orders affirmed, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent as to the judgment and order in favor of defendant DiStasio, and as to said judgment and order they vote for reversal on the facts and a new trial, but who otherwise concur.

FLORA BALESTRA, Appellant, v. CORTLAND COUNTY BUS LINES, INCORPORATED, and Another, Respondents.— Judgments and orders affirmed, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent as to the judgment and order in favor of defendant DiStasio, and as to said judgment and order they vote for reversal on the facts and a new trial, but who otherwise concur.

STATE BANK OF COMMERCE OF BROCKPORT, NEW YORK, by JOSEPH A. BRODER-ICK, Superintendent of Banks of the State of New York, Appellant, v. HOWARD G. STONE, as Treasurer of the Monroe County Farm and Home Bureau Association, Respondent.— Judgment affirmed, with costs. Appeal from order dismissed as academic. All concur. [See *post*, p. 888.]

FREDERIC J. HOFSCHNEIDER, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN A. RANDALL, Appellant, v. ALICE COOKE RANDALL, Respondent.— Judgment modified on the law and facts by providing for dismissal of defendant's counterclaim on the merits, without costs, and otherwise judgment affirmed, without costs of this appeal to either party. Certain findings of fact and all the conclusions of law disapproved and reversed and new findings and conclusions made. All concur.

LUCILLE A. RYAN, Appellant, v. EDWARD H. MASSETH, Respondent.— Order affirmed, with costs not only upon the grounds stated in the opinion of the special county judge,* but also upon the ground that the verdict is against the weight of the evidence as to defendant's negligence. All concur, except Thompson and Crosby, JJ., who dissent and vote for reversal on the facts.

WILLIAM B. MAPES, Respondent, v. THE PIERCE BAKING COMPANY, INCORPORATED, Appellant, and HAROLD H. MICHAEL, Defendant.— Judgment and order affirmed, with costs. All concur.

SAMUEL WALCZEWSKI, Respondent, v. THE AMERICAN LAUNDRY MACHINERY COMPANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew, on the ground that not only is there no answer to the amended complaint, but none of the pleadings were used on the motion, and no pleadings are before this court, and plaintiff's affidavit supporting the motion is wholly inadequate to inform us what

* See *post*, p. 889.— [REP.